UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JORDAN CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 3:23-cv-00165-CSW-MPB |
| | ) |
| MARTIN O'MALLEY, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT.**

Judgment is entered in favor of the Defendant and against the Plaintiff. The Plaintiff shall take nothing by her Complaint, and this action is terminated.

Entered: July 26, 2024

*Crystal S. Wildeman*
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Tricia M. Blanford*
Deputy Clerk, U.S. District Court

**Served electronically on all ECF-registered counsel of record.**